**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **DALE MAISANO,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:13-cv-0798 |
| | ) D. Ariz. Case No.: |
| **CORIZON HEALTH SERVICES, INC.,** *et al.,* | ) 4:13-cv-1001-TUC-RCC-PSOT |
| Defendants. | ) Judge Campbell |

## ORDER

Effective August 23, 2013, this action was transferred to the District of Arizona, thereby divesting this Court of jurisdiction over the action. The Court has no jurisdiction to consider the plaintiff's motion to "waive" the filing fee (ECF No. 11) for purposes of permitting him to pursue an interlocutory appeal in the Sixth Circuit Court of Appeals.

The Clerk is therefore **DIRECTED** to retain a copy but to forward the plaintiff's original filing to the District of Arizona, along with a copy of this Order.

The plaintiff is again admonished that he must submit all future filings in this case to the District of Arizona, and should use the docket number assigned by that court: **4:13-cv-1001-TUC-RCC-PSOT**.

It is so **ORDERED**.

Todd Campbell
United States District Judge